UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HERIBERTO POMALES,

    Plaintiff,

v.

                                                Case No. 8:11-cv-1003-T-30AEP

ACE AMERICAN INSURANCE
COMPANY,

    Defendant.
_____/

**ORDER OF DISMISSAL**

Before the Court is the Stipulation of Dismissal With Prejudice (Dkt. #4). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on June 13, 2011.

                                                        JAMES S. MOODY, JR.
                                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-1003.dismiss 4.wpd